**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANDREW PETERS,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | |
| **vs.** | : | |
| | : | |
| **JESUS ALBERTO MONTES** | : | |
| **CHANEZ, TRANSAMERICA** | : | |
| **TRANSIT, LLC, and JOHN** | : | |
| **DOES 1-3,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**NOTICE OF REMOVAL**

**COME NOW**, Jesus Alberto Montes Chavez and Transamerica Transit, LLC,

DEFENDANTS in the above-styled action, and pursuant to 28 U.S.C. § 1446(a), file

this Notice of Removal, showing this Honorable Court the following;

1.

Plaintiff Andrew Peters is a citizen of the State of Georgia who filed a civil

action against Defendants Jesus Alberto Montes Chavez and Transamerica Transit,

LLC in the State Court of Gwinnett County (civil action no. 26-C-02970-S4).

1

2.

Copies of all process, order and pleadings in said action to date are attached as Exhibits 1-10.

3.

Said action was commenced by the filing of the complaint against the Defendants on March 12, 2026, in the State Court of Gwinnett County, Georgia.

4.

Defendant, Jesus Alberto Montes Chavez acknowledged service of the summons and complaint on or about March 23, 2026.

5.

Defendant, Transamerica Transit, LLC acknowledged service of the summons and complaint on or about March 23, 2026.

6.

The controversy between the Plaintiff and Defendants is a controversy between citizens of different states.

7.

At the commencement of said action and at all times thereafter:

    a. Plaintiff was a citizen of the United States who is domiciled and resides in the State of Georgia; therefore, Plaintiff is a citizen of the State of Georgia.

b. Defendant Transamerica Transit, LLC is a limited liability company organized and existing under the laws of Texas. It is a citizen of the United States who is citizen and resident of the State of Texas; therefore, Defendant is a citizens of the State of Texas.

c. Defendant Jesus Alberto Montes Chavez is a citizen of the Country of Mexico.

d. There is complete diversity of citizenship between Plaintiff and Defendants.

e. Defendants join in and consent to removal.

8.

The amount in controversy in the instant action is more than $75,000.00, exclusive of interest and costs.

9.

The United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction over the civil action brought by Plaintiff Andrew Peters against Jesus Alberto Montes Chavez and Transamerica Transit, LLC pursuant to 28 U.S.C. § 1332(a).

10.

The State Court of Gwinnett County civil action no. 26-C-02970-S4 may be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441(a)-(b).

11.

The instant Notice of Removal is filed within 30 days after Defendants received a copy of Plaintiff's initial pleading pursuant to 28 U.S.C. § 1446(b).

12.

Written notice of the filing of this Notice of removal is being delivered to all parties through their counsel.  A copy of this Notice of removal will be filed promptly with the State Court of Gwinnett County, Georgia.

**Respectfully submitted** this 24th   day of March, 2026.

/s/ Kevin A. Wangerin
**KEVIN A. WANGERIN**
Georgia Bar No. 736520
**wangerink@aol.com**

Attorneys for Defendants
Bullard, Wangerin & Corbett, LLP
4077 Forsyth Road, 2nd Floor
P. O. Box 28107
Macon, GA 31221
478-757-8500

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the counsel for the opposing parties in the foregoing matter with a copy of the attached **NOTICE OF REMOVAL** of via this Court's ECF system (pursuant to Local Rule 5.1(A)(3)), via statutory electronic service  and / or  via U.S. Mail as follows:

> Tarek S. Abdel-Aleem
> Yussuf Aleem
> The Aleem Law Firm
> 1080 Holcomb Bridge Road
> Building 200, Suite 140
> Roswell, GA 30076
> **Tarek@aleemlaw.com**
> **Tussuf@aleemlaw.com**

This 24th  Day of March, 2026.

> */s/ Kevin A. Wangerin*
> **KEVIN A. WANGERIN**
> Georgia Bar No. 736520
> **wangerink@aol.com**
>
> */s/ Erin S. Corbett*
> **ERIN S. CORBETT**
> Georgia Bar No. 001288
> **esmith@bgwlawfirm.com**

Attorneys for Defendants
Bullard, Wangerin & Corbett, LLP
4077 Forsyth Road, 2nd Floor
P. O. Box 28107
Macon, GA 31221
478-757-8500